**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

The Court **GRANTS** appellant's February 20, 2014 amended motion to extend time to file her brief. The appellant's brief received on February 20, 2014 is ordered filed as of that date.

The State's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, Joyce Charboneau and John Rolater, Collin County District Attorney's Office.

/s/    LANA MYERS
        JUSTICE